UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr-148-J-32 PDB
    18 U.S.C. § 1343

ROBERT H. HENDRICKS
  a/k/a "Bob Hendricks"

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH TWELVE
(Wire Fraud)

#### A. Introduction

At times material to this Indictment:

1. ROBERT H. HENDRICKS (ROBERT HENDRICKS) was a licensed real estate broker who provided his services in the Middle District of Florida. ROBERT HENDRICKS was licensed as a real estate broker in the State of Florida beginning on or about June 25, 1984, with a current expiration date of March 31, 2020. On or about June 26, 2019, ROBERT HENDRICKS's license was revoked.

2. Crown Commercial Real Estate, Inc. (CCRE) was a Florida for profit corporation. CCRE was incorporated on January 1, 1990, and has been in existence since that date.

3. CCRE's principal place of business was located in Ponte Vedra in St.

Johns County, Florida. ROBERT HENDRICKS was a principal in CCRE.

4. ROBERT HENDRICKS utilized CCRE as a subterfuge to facilitate the fraud, artifice, and scheme perpetrated by him and described more fully below.

5. As part of his real estate practice, ROBERT HENDRICKS became known as an individual savvy in the commercial real estate world, particularly to friends and family of ROBERT HENDRICKS. Clients of ROBERT HENDRICKS, including friends, invested money with ROBERT HENDRICKS to pursue various real estate ventures that ROBERT HENDRICKS represented were available and would make them money. Money was invested with both ROBERT HENDRICKS, personally, as well as through CCRE.

6. ROBERT HENDRICKS controlled accounts at BBVA Compass and VyStar Credit Union and directed money to an account at SunTrust Bank.

7. BBVA Compass was a financial institution with offices located throughout the United States, including the State of Florida, and whose accounts were insured by the Federal Deposit Insurance Corporation (FDIC).

8. VyStar Credit Union was a financial institution with offices located throughout the State of Florida, and whose accounts were insured by the National Credit Union Administration.

9. SunTrust Bank was a financial institution with offices located throughout the United States, including the State of Florida, and whose accounts

were insured by the FDIC.

## B. Scheme and Artifice

10. Beginning at a time unknown to the Grand Jury, but beginning at least by in or about March 2011, and continuing thereafter through and including in or about February 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT H. HENDRICKS
a/k/a "Bob Hendricks,"

did knowingly and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises that related to material facts, the substance of which scheme and artifice to defraud is described below.

## C. Manner and Means

11. The manner and means used to accomplish the scheme and artifice to defraud included, among others, the following:

    a. It was part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did solicit friends and clients (victim investors) to invest in fraudulent and sham investments in real property and commercial business ventures.

    b. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did prey upon victim investors by taking

advantage of victim investors' confidence in ROBERT HENDRICKS, which was based on long time friendships.

  c. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did falsely and fraudulently entice victim investors to purchase interests in ROBERT HENDRICKS's real estate opportunities.

  d. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would have funds from these victim investors deposited into accounts that HENDRICKS controlled at BBVA Compass and VyStar Credit Union.

  e. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would have funds from these victim investors deposited into an account controlled by E.M. at SunTrust Bank.

  f. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would have funds from these victim investors paid to him via check or wire made out in the names of ROBERT HENDRICKS, CCRE, or E.M. for the sole benefit of ROBERT HENDRICKS.

  g. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did, by means of materially false and fraudulent representations, keep and cause to be kept the money obtained from

victim investors as a result of the false representations.

  h. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did fraudulently spend and cause to be spent the victim investors' money, in a manner designed to personally enrich ROBERT HENDRICKS and others.

  i. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did cause a transfer of property to him from J.T. based on the false and fraudulent representation that the property would be better managed by ROBERT HENDRICKS, and that the property would later be returned to J.T. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS would and did cause two mortgages to be taken out on this property with the loan proceeds wired to CCRE for the sole benefit of ROBERT HENDRICKS.

  j. It was further a part of the scheme and artifice to defraud that ROBERT HENDRICKS, in an effort to cover up the scheme and convince the victim investors of the veracity of their investments, would and did provide falsified property documents that represented the purported investments.

  k. It was further part of the scheme and artifice to defraud that ROBERT HENDRICKS, would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the scheme and

the acts committed in furtherance thereof.

### D. Wires

12. On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT H. HENDRICKS
a/k/a "Bob Hendricks,"

for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly, and with intent to defraud, transmit and cause to be transmitted by means of wire communication in interstate commerce, the following electronic funds transfers sent by the victim investors below:

| Count | Date | Wire Communication |
|---|---|---|
| One | 10/29/2014 | Deposit of V.D. check for $300,000 to ROBERT HENDRICKS into his BBVA account, the processing of which occurred via wire transfer from the state of Virginia |
| Two | 11/26/2014 | Deposit of V.D. check for $250,000 to ROBERT HENDRICKS into his BBVA account, the processing of which occurred via wire transfer from the state of |

| Count | Date | Wire Communication |
|---|---|---|
|  |  | Virginia |
| Three | 1/25/2016 | Deposit of V.D. check for $50,000 to CCRE into ROBERT HENDRICKS's VyStar account, the funding of which occurred via wire transfer from the state of Georgia |
| Four | 2/2/2016 | Deposit of V.D. check for $150,000 to CCRE into ROBERT HENDRICKS's VyStar account, the funding of which occurred via wire transfer from the state of Georgia |
| Five | 3/21/2016 | Wire of $200,000 from S.P. to CCRE into ROBERT HENDRICKS's VyStar account |
| Six | 4/18/2016 | Wire of $490,000 from P.F. to CCRE into ROBERT HENDRICKS's VyStar account |
| Seven | 8/4/2016 | Deposit of R.C. check for $50,000 to CCRE into ROBERT HENDRICKS's VyStar account, the processing of which occurred via wire transfer from the state of Virginia |
| Eight | 8/29/2016 | Wire of $196,000 from P.F. to CCRE into ROBERT |

| Count | Date | Wire Communication |
|---|---|---|
|  |  | HENDRICKS's VyStar account |
| Nine | 10/31/2016 | Deposit of A.S. check for $100,000 to CCRE into ROBERT HENDRICKS's VyStar account, the funding of which occurred via wire transfer from the state of South Dakota |
| Ten | 1/11/2017 | Wire of $75,000 from A.S. to CCRE into E.M.'s SunTrust Bank account |
| Eleven | 2/13/2017 | Wire of $388,962.17 from K&S Exchange. to E.M.'s SunTrust Bank account |
| Twelve | 2/13/2017 | Wire of $388,962.17 from K&S Exchange. to E.M.'s SunTrust Bank account |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE

1. The allegations contained in Counts One through Twelve are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1343, the defendant, ROBERT A. HENDRICKS, a/k/a "Bob Hendricks," shall forfeit to the United

States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, a sum of at least $2,638,924.34, which represents proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*Deborah M. Heald*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
ASHLEY WASHINGTON
Assistant United States Attorney

By: *Kelly S. Karase*
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
9/5/19 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROBERT H. HENDRICKS
a/k/a "Bob Hendricks"

**INDICTMENT**

Violations: Cts 1-12: 18 U.S.C. § 1343

A true bill,

_____
Foreperson

Filed in open court this _11th_ day

of September, 2019.

_____
Clerk

Bail   $_____

GPO 863 525