UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO:    3:19-cr-148-J-32PDB

ROBERT H. HENDRICKS
    a/k/a "Bob Hendricks"
_____/

### NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel for the Defendant, Robert H. Hendricks, for purposes of all proceedings before the United States District Court. The undersigned is an Attorney at Law, duly qualified as such under the laws of the State of Florida, and duly admitted to practice before this Court.

DATED at Jacksonville, Florida this 26th day of September, 2019.

**FALLGATTER CATLIN & VARON, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Ashley Washington, Esq., Assistant U.S. Attorney, Ahsley.Washington2@usdoj.gov, this 26th day of September, 2019.

  /s/ Curtis S. Fallgatter
ATTORNEY

90692