United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                          **NO. 3:19-cr-148-J-32PDB**

**ROBERT H. HENDRICKS,**

    *Defendant.*

---

### Order Modifying Defendant's Conditions of Release

On December 11, 2020, at the conclusion of a show-cause hearing, the Court found the defendant violated the conditions of his release as alleged in a petition from United States Pretrial Services dated November 24, 2020. *See* Doc. 71 (petition); Doc. 73 (show-cause order); Doc. 81 (stipulated facts); Doc. 82 (minutes). To address the violations, the Court **vacates** the February 11, 2020, order appointing Curtis Carter as a business assistant, Doc. 52; **orders** the defendant to remain released under the conditions imposed in the November 18, 2019, order, Doc. 34, and **adds/emphasizes** these conditions:

1. The defendant must participate in the home-confinement program component and abide by all of the requirements of the program, which will include either electronic monitoring or global positioning system under the direction of Pretrial Services, with the costs to be contributed by the defendant at the direction of Pretrial Services. He must be in his residence at all times except for visits with his attorney, medical appointments for himself, religious services, court appearances, and court-ordered obligations. With pre-approval from his Pretrial Services Officer, he can take his brother to medical appointments. He can exercise within a half mile of his residence twice a day, once between 11:00 a.m. and noon and once between 4:00 p.m. and 5:00 p.m.

2

2. The defendant must have no contact—directly or indirectly—with Ivrahim Gungor.

3. The defendant must not conduct any business activity whatsoever.

**Ordered** in Jacksonville, Florida, on December 11, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Ashley Washington, Assistant United States Attorney
Curtis Fallgatter, Esquire
United States Pretrial Services
United States Marshals Service