UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:19-cr-00148-TJC-PDB-1

ROBERT H. HENDRICKS
_____

**NOTICE OF APPEARANCE RE: AMENDMENT 821**

The Office of the Federal Defender, pursuant to the Court's Omnibus Order In Re: Amendment 821, 3:21-mc-1-TJC, hereby files this Notice of Appearance to represent the Defendant in the above-styled cause, for the purposes of seeking reduction of sentence under Amendment 821.

The Clerk is requested to enter the appearance of Laura Anne Ferro, Assistant Federal Defender, as Counsel of Record.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender
Middle District of Florida

*/s/ Laura Anne Ferro*
Laura Anne Ferro, Esq.
Research and Writing Attorney
Florida Bar No. 1015841
2075 W. First Street, Suite 300
Fort Myers, Florida 33901
Telephone: (239) 334-0397
E-Mail: Laura_Ferro@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, a true copy of the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to the United States Attorney's Office.

*/s/ Laura Anne Ferro*
Laura A. Ferro, Esq.
Research and Writing Attorney
