UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No.: 3:19-cr-148-TJC-PDB-1

ROBERT H. HENDRICKS
_____

**MOTION TO TERMININATE REPRESENTATION
BY THE FEDERAL DEFENDER'S OFFICE**

The Federal Defender's Office, by and through undersigned counsel, respectfully moves this Court to terminate its representation of Defendant Robert H. Hendricks based on the following:

1. On October 30, 2023, this Court entered *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC ("Omnibus Order"). The Omnibus Order authorizes the Federal Defender's Office to represent individuals who were sentenced in the Middle District of Florida and are potentially eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because of Amendment 821.

2. The undersigned has received Probation's Amendment 821 Memorandum concerning Mr. Hendrick's eligibility and has no conflict of interest that would prohibit this Office from representing him.

3. On May 13, 2025, the Federal Defender's Office, by and through undersigned counsel, spoke with Mr. Hendricks. Mr. Hendrick has already filed a *pro se* Amendment 821 sentence reduction motion. Doc. 105. He would like the Court to rule on that *pro se* motion and for the Federal Defender's Office to withdraw from his case.

Accordingly, the Federal Defender's Office respectfully moves this Court to terminate its representation of Defendant Robert H. Hendricks.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Public Defender
Middle District of Florida

*/s/ Laura Anne Ferro*
Laura Anne Ferro, Esq.
Research and Writing Attorney
Florida Bar No. 1015841
2075 W. First Street, Suite 300
Fort Myers, Florida 33901
Telephone: (239) 334-0397
E-Mail: Laura_Ferro@fd.org